PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES EDWARD SMART, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL,[1] <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:16-cv-01145-CMK <br><br> STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from March 15, 2017 to April 14, 2017.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because Defendant's counsel has a higher than normal workload. In addition,

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Defendant's counsel was out multiple days this week due to illness, and will be on leave from
2  March 3, 2017 to March 13, 2017.
3      The parties further stipulate that the Court's Scheduling Order shall be modified
4  accordingly.

Respectfully submitted,

Dated: March 1, 2017      */s/ Robert Weems*
    (*as authorized via e-mail on 2/27/17)
    ROBERT WEEMS
    Attorney for Plaintiff

Dated: March 1, 2017`      PHILLIP A. TALBERT
    United States Attorney
    DEBORAH LEE STACHEL
    Acting Regional Chief Counsel, Region IX
    Social Security Administration

By:      */s/ Marcelo Illarmo*
    MARCELO ILLARMO
    Special Assistant United States Attorney

    Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: March 2, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE