PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD SMART, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL,[1] <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:16-cv-01145-CMK <br><br> STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from April 14, 2017 to April 28, 2017. This is Defendant's second request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1 additional time because Defendant's counsel has a higher than normal workload. In addition,

2 Defendant's counsel was out will be on leave from April 14, 2017 to April 18, 2017.

3     The parties further stipulate that the Court's Scheduling Order shall be modified

4 accordingly.

                                    Respectfully submitted,

Dated: April 12, 2017         */s/ Robert Weems*
                                    (*as authorized via e-mail on 4/11/17)
                                    ROBERT WEEMS
                                    Attorney for Plaintiff

Dated: April 12, 2017         PHILLIP A. TALBERT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                          By:    */s/ Marcelo Illarmo*
                                    MARCELO ILLARMO
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant

                                  <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: April 26, 2017

                                    CRAIG M. KELLISON
                                    UNITED STATES MAGISTRATE JUDGE