Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD JAMES SMART,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant | Case No: 2:16-cv-01145-CMK<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

    WHEREAS, Counsel of Record Robert C. Weems requires additional time to draft the a reply to Defendant's cross-motion for summary judgment;

    WHEREAS, the need for more time is the result of Counsel of Record Robert C. Weems due to unanticipated demands of his criminal court demands; and

    WHEREAS, an additional extension of 20 days is appropriate to file Plaintiff's reply until June 14, 2017 is required due to limited support staff familiar with the case, and is not requested for an improper purpose. See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

    NOW, WHEREFORE, the Parties, subject to the Court's approval, stipulate to an extension of all deadlines in this action. The revised due date for the filing of the reply is

June 14, 2017. While this is Plaintiff's second request for additional time, Defendant has no objection to this request.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | BENJAMIN B. WAGNER |
| | United States Attorney |
| | DEBORAH LEE STACHEL |
| | Regional Chief Counsel, |
| | Region IX |
| | Social Security Administration |

/s/Robert C. Weems         By: /s/ Marcello Illarmo

Robert C. Weems, Attorney for Plaintiff

Special Assistant United States Attorney and Attorney for the Defendant (per e-mail)

SO ORDERED:

Dated: June 13, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

DECLARATION OF CONCURRENCE OF SIGNATURE

GENERAL ORDER 45, X

I, Robert C. Weems, hereby declare and attest that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) whose signature is indicated by the notation " /s/ [name of signatory]."[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Robert C. Weems
Robert C. Weems

---

[1] The filer shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any) unless filer has attached a scanned image of the signature page(s) of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.

Stipulation and Order